No. 11–1351. LEVIN v. UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, 567 U. S. 968.] Motion of the Court-appointed *amicus curiae* in support of petitioner to dispense with printing joint appendix granted.

No. 11–1507. TOWNSHIP OF MOUNT HOLLY, NEW JERSEY, ET AL. v. MT. HOLLY GARDENS CITIZENS IN ACTION, INC., ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–9540. DESCAMPS v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 567 U. S. 964.] Motion of petitioner for appointment of counsel granted. Dan B. Johnson, Esq., of Spokane, Wash., is appointed to serve as counsel for petitioner.

No. 12–5869. BRAND v. LOS ANGELES UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 2d App. Dist.;
No. 12–5982. CRAWFORD v. EVERHOME MORTGAGE CO. Sup. Ct. Fla.;
No. 12–6006. SCOTT v. U. S. BANK N. A. ET AL. C. A. 4th Cir.;
No. 12–6033. SPOONER ET UX. v. GAUTREAUX ET AL. C. A. 5th Cir.; and
No. 12–6169. MAEHR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 19, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–6076. HUGHES v. CHEVRON PHILLIPS CHEMICAL CO. LP. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 19, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE ALITO took no part in the consideration or decision of this motion.